Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **WILLIAM W. DUER, JR,** | Civil No. 6:18-cv-38-SI |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

_____

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $11,341.00 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice ("EAJA") fees received by counsel in the amount of $10,080.00, for a net §406(b) attorney fee award herein of $1,261.00 as full settlement of all attorney fees pursuant to 42 U.S.C. §406(b).  Defendant

shall pay $11,341.00 to Plaintiff's counsel, Drew L. Johnson, PC, less an administrative assessment pursuant to 42 U.S.C. 406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401. There are no other costs.

IT IS SO ORDERED this 2nd of January, 2020.

/s/ Michael H. Simon
U.S. District Judge/Magistrate Judge

PRESENTED BY:

By: /s/ SHERWOOD J. REESE
Sherwood J. Reese, OSB #144130
Of Attorneys for Plaintiff